In the Matter of the Claim of SARAH J. FISH, Respondent, against WICKWIRE SPENCER STEEL COMPANY et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued November 17, 1931; decided December 1, 1931.)

*Roy P. Ohlin* and *Mason O. Damon* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* of counsel), for respondent.

Order of the Appellate Division reversed and claim dismissed, with costs against the State Industrial Board in the Appellate Division and in this court on the ground that the evidence does not show that the death was due to an accident arising out of the employment; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.